No. 5649. DAVIDSON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 5653. DOCKERY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 5654. PITTS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5655. KREAGER *v.* INDUSTRIAL COMMISSIONER OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 5656. WATKINS *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 5657. BEEDLE *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 5658. THOGMARTIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 5659. McCLOUD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 5660. PARKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 332. WILHITE *v.* CITY OF MONROE. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 555. BIGMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.